UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF NEW YORK

_____

Barbara Fagan-Zelazny,

                         Plaintiff,

        v.                                                    Index No.:  6:24-cv-6409

Young Women's College Prep,

                                                              **STIPULATION**
                                                              **SELECTION OF MEDIATOR**
                         Defendant.

_____

        IT HEREBY IS STIPULATED AND AGREED, by and between counsel for all parties to this action, that Steven Modica, Esq. has been selected, contacted and has agreed to serve as Mediator for this action.

        IT IS FURTHER STIPULATED AND AGREED, in consultation with the Mediator, that the initial mediation session will be held on May 8, 2025, beginning at or around 9:30 a.m.

        IT IS FURTHER STIPULATED AND AGREED that counsel will participate in the mediation session in good faith and confer with the Mediator regarding the scheduling of additional conference(s), bearing in mind the deadline for the completion of ADR set forth in the Court's Scheduling Order.

Dated: April 4, 2025                              Dated: April 4, 2025

*Counsel for Plaintiff,*                          *Coun***                   **

By: _____               By: _____

Chloe M. Bowerman, Esq.                     William Nolan, Esq.
J. Morgan Levy Firm, PLLC                   Whiteman Osterman & Hanna, LLP
24 N. Main Street., Suite 2                     One Commerce Plaza
Fairport, New York 14450                      Albany, New York 12260
T: 585-678-1013                                    T: 518-487-7773
E: chloe@jmorganlevyfirm.com            E: wnolan@woh.com